211 So.2d 333

**STATE of Louisiana ex rel.
Brodie Byron DAVIS**

**v.**

**C. Murray HENDERSON, Warden of
Louisiana State Penitentiary.**

No. 49332.

June 28, 1968.

In re: Brodie Byron Davis applying for writ of habeas corpus

Writs refused. The showing made in the application is insufficient to warrant the exercise of our supervisory jurisdiction.

211 So.2d 333

**Benton E. BICKHAM**

**v.**

**Johnnie O. BANKSTON.**

No. 49334.

June 28, 1968.

In re: Johnnie O. Bankston applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 210 So.2d 88.

Writ refused. On the facts found by the Court of Appeal, there appears no error of law in its judgment.